**Exhibit A**
**Certification of David Campbell**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by John D. Meyer of the law firm Lewis, Brisbois, Bisgaard & Smith LLP, and pursuant to S. D. Ind. Local Rule 83-6(b) and (d), the undersigned states:

1. I am admitted to practice and in good standing in the following United States courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Ohio | 11-12-96 | 0066494 |
| U.S. District Court for the Northern District of Ohio | 02-02-04 | |
| U.S. District Court for the Southern District of Ohio | 1997 | |
| U.S. District Court for the Eastern District of Michigan | 12-21-02 | |
| U.S. District Court for the District of Colorado | 08-07-06 | |
| U.S. Court of Appeals for the District of Columbia | 09-30-08 | |
| U.S. Court of Appeals for the Fourth Circuit | 04-05-02 | |
| U.S. Court of Appeals for the Fifth Circuit | 10-15-04 | |
| U.S. Court of Appeals for the Sixth Circuit | 05-08-01 | |
| U.S. Court of Appeals for the Seventh Circuit | 05-23-03 | |
| U.S. Court of Appeals for the Eighth Circuit | 01-19-06 | |

4888-9645-0636.1

| | |
|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 07-11-22 |
| Colorado District Court | 10-25-22 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court via the Court's online payment system.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting David A. Campbell leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

David A. Campbell (0066494)
Lewis, Brisbois, Bisgaard & Smith, LLP
1375 E. 9th Street, Suite 2250
Cleveland, Ohio 44114
(216) 298-1261 / (216) 344-9421 (Fax)
David.A.Campbell@lewisbrisbois.com

4888-9645-0636.1