UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN THOMSON, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CAUSE NO.: 1:23-CV-00099-SEB-MG |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION
TO MAINTAIN DOCUMENTS UNDER SEAL**

Pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure, and Southern District of Indiana Local Rule 5-11(d)(2)(A), Plaintiff respectfully submits this Motion to Maintain Documents Under Seal. In support of this Motion, Plaintiff is filing his Brief in Support, which he incorporates by reference herein.

Plaintiff seeks to maintain Exhibits A through E to his First Amended Complaint under seal, because these materials refer extensively to information designated Confidential by Plaintiff. The undersigned counsel consulted with Defendant's counsel, David A. Campbell, about this motion. Defendant's counsel has no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court accept Exhibits A through E to Plaintiff's First Amended Complaint under seal, and maintain these five documents under seal until further order of the Court.

Dated: March 7, 2023

*/s/ Mary T. Morris*
Kathleen A. DeLaney (#18604-49)
Annavieve C. Conklin (#33875-32)
Mary T. Morris (#36908-53)

*Attorneys for Plaintiff John Thomson*

DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
Tel. 317.920.0400
Fax  317.920.0404
kdelaney@delaneylaw.net
aconklin@delaneylaw.net
mmorris@delaneylaw.net