UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN THOMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00099-SEB-MG |
| | ) | |
| ROCHE DIAGNOSTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court previously asked the parties to file briefing that more thoroughly addresses the Seventh Circuit's standard for sealing documents. [Filing No. 22.] Defendant Roche Diagnostics Corp. responded by filing a brief explaining why the sealed documents qualify as trade secrets for purposes of maintaining their sealed status. [Filing No. 29.] Defendant says the sealed documents reflect versions of its Incentive Compensation Plan and that this plan "is used by [Defendant] to attract and retain qualified employees," [Filing No. 29 at 3], is not generally known to other persons, and derives value in Defendant's industry by virtue of its confidential status. The Court finds Defendant has provided sufficient basis for sealing the documents at this juncture inasmuch as the documents reflect trade secrets. *See Baxter Int'l v. Abbott Labs.*, 297 F.3d 544, 546-47 (7th Cir. 2002) (holding that the protection of trade secrets is an exception to the strong preference for open proceedings).

Therefore, the Motion to Maintain Documents Under Seal, [18], is **GRANTED**. The documents at Dkt. [17] shall remain sealed.

Date: 4/11/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**