UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN THOMSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO.: 1:23-CV-00099-SEB-MG |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure, and Southern District of Indiana Local Rule 5-11(d)(2)(A)(ii), Plaintiff respectfully submits this Motion to Maintain Documents Under Seal.

Plaintiff seeks to maintain Exhibits A through G to his Second Amended Complaint under seal. Exhibits C, D, E, F, and G are Plaintiff's compensation plans which have been designated "Confidential" by Defendant Roche Diagnostics Corporation. Exhibits A and B are personnel documents which refer to Plaintiff's compensation plans. Defendant has identified personnel files, compensation plans and related documents as protected information in the Stipulated Protective Order [Dkt. 21].

WHEREFORE, Plaintiff respectfully requests that the Court accept Exhibits A through G to Plaintiff's Second Amended Complaint under seal, and maintain these seven documents under seal until further order of the Court.

Dated: May 16, 2023  
/s/ *Annavieve C. Conklin*  
Kathleen A. DeLaney (#18604-49)  
Annavieve C. Conklin (#33875-32)

*Attorneys for Plaintiff John Thomson*

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
Tel. 317.920.0400
Fax  317.920.0404
kdelaney@delaneylaw.net
aconklin@delaneylaw.net