UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN THOMSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 1:23-CV-00099-SEB-MG |
| ROCHE DIAGNOSTICS CORPORATION, | ) ) |
| Defendant. | ) ) |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Plaintiff has filed a Motion to Maintain Under Seal [44] the exhibits to his Second Amended Complaint that concern Defendant's compensation plans.

The Motion is GRANTED for same reasons explained by the Court in its Order [30] granting the parties leave to seal the exhibits previously filed with the First Amended Complaint.

Date: 5/22/2023

_[signature]_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: Counsel of Record through CM/ECF