UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN THOMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00099-SEB-MG |
| | ) | |
| ROCHE DIAGNOSTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for February 15, 2024**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, July 2, 2024, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for jury trial on Monday, July 15, 2024, at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

David A. Campbell
LEWIS BRISBOIS BISGAARD & SMITH, LLP
david.a.campbell@lewisbrisbois.com

Annavieve C. Conklin
DELANEY & DELANEY LLC
ACONKLIN@DELANEYLAW.NET

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Hunter Edmonds
Gordon Rees Scully Mansukhani, LLP
hedmonds@grsm.com

Donald G. Slezak
Gordon Rees Scully Mansukhani LLP
dslezak@grsm.com