# EXHIBIT B

```
        IN THE UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION
         CAUSE NO. 1:23-CV-00099-SEB-MG
```

JOHN THOMSON,                        )
                                     )
            Plaintiff,               )
                                     )
       -vs-                          )
                                     )
ROCHE DIAGNOSTICS CORPORATION,       )
                                     )
            Defendant.               )

The videoconference deposition upon oral examination of JASON FOWLER, a witness produced and sworn before me, Dana S. Miller, RPR, CRR, a Notary Public in and for the County of Boone, State of Indiana, taken on behalf of the Plaintiff, appearing remotely from Fishers, Hamilton County, Indiana, on the 28th day of August, 2023, at 9:32 a.m., pursuant to the Federal Rules of Civil Procedure.

```
              CIRCLE CITY REPORTING
           135 North Pennsylvania
                 Suite 1720
           Indianapolis, IN  46204
                (317) 635-7857
```

```
 1          of which was a corporate account manager covering
 2          Contract Research organizations.
 3    Q     And how many members were there of the GPO Sales
 4          team at the time you managed that team?
 5    A     There were four.
 6    Q     Okay.  And John Thomson was one of those four?
 7    A     Yes.
 8    Q     And so, were you John Thomson's direct supervisor
 9          from 2015 all the way through 2022?
10    A     Yes.
11    Q     And, in general, how would you describe your
12          professional relationship with John Thomson?
13    A     I thought it was pretty good.  I think initially it
14          was a rocky start, but we eventually developed a
15          good working relationship.
16    Q     Why do you think it was a rocky start?
17    A     Prior to me joining the team, John reported
18          directly to the head of Corporate Accounts.  And as
19          part of the reorganization that I joined the team
20          as part of, all of the GPO CADs were moved under
21          me, and I reported to the head of Corporate
22          Accounts.
23                So initially John was unhappy that he no
24          longer -- that he reported to me instead of the
25          head of Corporate Accounts.
```

| | | |
|---|---|---|
| 1 | Q | And let me know if you're having any trouble seeing |
| 2 | | that, and I'm happy to scroll through the document, |
| 3 | | too. |
| 4 | | And my question to you is going to be whether |
| 5 | | you recognize this as the Incentive Compensation |
| 6 | | Plan that would have applied to your group for |
| 7 | | fiscal year 2018? |
| 8 | A | Yeah, it looks like it.  Looks like the format that |
| 9 | | typically we use. |
| 10 | Q | Okay.  And then I'm, for your reference, going to |
| 11 | | page 3 of Exhibit 1 where it says "Section 3. |
| 12 | | Incentive Determination & Payout Tables" at the |
| 13 | | top.  And there's a section called "KSO (Key Sales |
| 14 | | Objectives)." |
| 15 | | Can you just give me a quick explanation of |
| 16 | | what a KSO is? |
| 17 | A | Typically KSO is a non-quantitative measure of |
| 18 | | performance for the sales team.  So it's |
| 19 | | specifically used for the sales team, and it's |
| 20 | | separate from the sales or profit or placement |
| 21 | | targets that are quantifiable metrics. |
| 22 | Q | And so, are the KSOs unique to each individual on |
| 23 | | the team or are they more general? |
| 24 | A | Typically they are general to the specific role. |
| 25 | | So on my team, KSO team, GPO CAD, the KSOs would be |

```
 1   A   So they would have a -- I'm trying to think.  Do
 2       you mean -- maybe just a clarifying question.
 3           Do you mean what form do they take or what are
 4       the actual KSOs themselves?
 5   Q   Yeah, I'm more looking for what form do they take.
 6       You know, so is there a document that you received
 7       where they're all written out or something like
 8       that?
 9   A   Sometimes they would be written out.  Sometimes
10       they would be a slide or some other kind of
11       document.  And sometimes they're just something
12       that's discussed within Corporate Accounts.
13   Q   Okay.  And then so, when you take the KSOs and
14       adapt them to the GPO roles, how do you format-wise
15       go about doing that?  Is that something in writing?
16   A   Sometimes it is, and sometimes similar to the
17       larger team it would be -- normally for us it would
18       be something we have weekly, or we had, I should
19       say, when I was in that role, we would have weekly
20       GPO meetings for the whole team and then weekly
21       one-on-ones with each member and myself to talk
22       through what the priorities were and what our
23       objectives for the year were.
24   Q   So when you say weekly meetings, are you meaning
25       that you met weekly throughout the entire year?
```

```
 1   A   Uh-huh, yes.
 2   Q   Okay.  So the first bullet point under that says,
 3       "Specific and measurable actions to be completed,
 4       specific steps, targets or metrics to be measured
 5       against or specific end products."
 6           Would you say that's an accurate way to
 7       describe the KSOs as they applied to your team?
 8   A   That is -- that does describe what we came up with.
 9   Q   Okay.  And so, can you give me some examples of
10       what were the specific immeasurable actions or the
11       specific steps, the targets and metrics that made
12       up those KSOs?
13   A   Yeah, they're typically very broad categories,
14       like, for instance, one might be engage a specific
15       set of key decision makers within the GPO
16       leadership or within key members of the GPO, which
17       would be -- by member mean a hospital network
18       within there, or during COVID, for instance, it was
19       to manage the expectations and the dynamics of
20       COVID demand and supply, which was very
21       challenging.
22           So broad sort of things like that work within
23       our -- or work with the other CADs within the IHN
24       team for specific opportunities.
25   Q   Okay.  And so, am I understanding correctly, then,
```

|    |   |                                                            |
|----|---|------------------------------------------------------------|
| 1  |   | that these KSOs would be more of -- less of, like,         |
| 2  |   | a sales number goal and more of, you know, these           |
| 3  |   | are the things that you're going to accomplish this        |
| 4  |   | year?                                                      |
| 5  | A | Yeah, it's not a -- it's typically not a specific          |
| 6  |   | number.  There's a revenue component to the ICP            |
| 7  |   | plan that deals with that.  So these are typically         |
| 8  |   | more general.                                              |
| 9  | Q | And so, how in your practice did you track whether         |
| 10 |   | throughout the year the employees that you                 |
| 11 |   | supervised were meeting these KSOs or not?                 |
| 12 | A | That's something that we would talk about in our           |
| 13 |   | weekly one-on-ones.  So we would talk about, like I        |
| 14 |   | said, what activities they're working on, what             |
| 15 |   | their priorities were, what challenges they were           |
| 16 |   | running into, and anything that they needed help           |
| 17 |   | with.                                                      |
| 18 | Q | And when you had these weekly one-on-ones, was it          |
| 19 |   | your practice to take notes or write anything down?        |
| 20 | A | Yeah, I typically did take notes of what they -- or        |
| 21 |   | their activities were and what they needed help            |
| 22 |   | with.                                                      |
| 23 | Q | And how did you do that logistically, pen and paper        |
| 24 |   | or type it out?                                            |
| 25 | A | Sometimes it would be pen and paper, and sometimes         |

|   |   |   |
|---|---|---|
| 1 |   | that percentage score somehow to HR or payroll so |
| 2 |   | the employees could get paid out based on that |
| 3 |   | percentage? |
| 4 | A | Yeah, so normally, especially at the year-end |
| 5 |   | process, there was more of a checkpoint at midyear, |
| 6 |   | because the midyear payment was also typically |
| 7 |   | limited to less than the total potential in case |
| 8 |   | someone had a poor second-half performance.  But at |
| 9 |   | the year-end, yes, I would submit what my -- or |
| 10 |   | would review as an entire Corporate Accounts team, |
| 11 |   | we would review everyone's revenue profit, so the |
| 12 |   | measurable parts of their ICP plan. |
| 13 |   | And then we would measure or compare their KSO |
| 14 |   | ratings as a team and sort of calibrate to make |
| 15 |   | sure we were all using the same material and |
| 16 |   | measuring people using the same sort of reference |
| 17 |   | points at the end of the year. |
| 18 | Q | Okay.  So when you say calibrate and make sure |
| 19 |   | you're all using the same criteria, how broadly are |
| 20 |   | you talking? |
| 21 | A | It's very broad.  So it would -- people would look |
| 22 |   | through what the different -- so this would be -- |
| 23 |   | the head of Corporate Counsel would be their |
| 24 |   | leadership team reviewing what they were submitting |
| 25 |   | for all of their team members.  And everyone would |

|   |   |   |
|---|---|---|
| 1 |   | review and have a chance to align on places where |
| 2 |   | they felt people were being rated too low or too |
| 3 |   | high.  And there would be sort of a discussion to |
| 4 |   | make sure that we were all on the same page as far |
| 5 |   | as how our teams were being rated. |
| 6 | Q | Okay.  And then so, other than this sort of |
| 7 |   | alignment comparison where, you know, if somebody's |
| 8 |   | rating everyone on their team too low or too high |
| 9 |   | or something like that, was there any other process |
| 10 |   | where you would, you know, present for approval the |
| 11 |   | rating for each individual team member that you |
| 12 |   | had? |
| 13 | A | That was the process.  So we would all submit it, |
| 14 |   | and then once the head of Corporate Accounts was |
| 15 |   | comfortable with what all the ratings were for |
| 16 |   | everyone on the team -- the broader team, then that |
| 17 |   | would be submitted to the Incentive Compensation |
| 18 |   | team. |
| 19 | Q | Okay.  And so, did the head of Corporate Accounts |
| 20 |   | ever come to you at any time and say, hey, I think |
| 21 |   | you're rating people on your team too high or too |
| 22 |   | low? |
| 23 | A | Yes, there were instances like that for sure. |
| 24 | Q | Okay.  Do you know when that happened? |
| 25 | A | I couldn't name specific events, except that the |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | one I remember most specifically was there was a                |
| 2  |   | year where I rated Rick Feid relatively low based               |
| 3  |   | on a deal in his space that had been challenging                |
| 4  |   | and had not had a good outcome that we ended up                 |
| 5  |   | losing the business.                                            |
| 6  |   | And Ron asked me to -- well, actually, he                       |
| 7  |   | raised my rating on Rick, because it was not an                 |
| 8  |   | account that Rick owned. It was one that he was                 |
| 9  |   | helping with.                                                   |
| 10 | Q | Okay. Any other specific instances you remember                 |
| 11 |   | where the head of Corporate Accounts either raised              |
| 12 |   | or lowered a score that you gave somebody?                      |
| 13 | A | No, I don't remember any others that were -- where              |
| 14 |   | they would have impacted an individual's score.                 |
| 15 | Q | Okay. And so, in H1 of 2018 when you're giving                  |
| 16 |   | everybody 100 percent, are you basically saying                 |
| 17 |   | everybody is doing what they're supposed to be                  |
| 18 |   | doing?                                                          |
| 19 | A | Yeah, that's -- in our calibration, generally what              |
| 20 |   | 100 percent would indicate is the people on the                 |
| 21 |   | team are doing what they're supposed to be doing.               |
| 22 | Q | Okay. And then we have the H2 KSO score for 2018                |
| 23 |   | in the next column. And it looks like two people                |
| 24 |   | got 105, one person got 103, John Thomson got a                 |
| 25 |   | 96 percent.                                                     |

44

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | second half of 2018 on the KSOs, is that -- I mean,                  |
| 2  |   | how would you rate that score against the broader                    |
| 3  |   | group?  Is it a pretty good score?  Is it a pretty                   |
| 4  |   | low score?                                                           |
| 5  | A | It's a solid score.  You can see there's not a huge                  |
| 6  |   | deviation, and typically there was not, if I                         |
| 7  |   | remember correctly, there was -- except in very                      |
| 8  |   | unique circumstances, there was not a huge                           |
| 9  |   | deviation among the team -- or broad, I should say,                  |
| 10 |   | dispersion among the team.  But I think John was --                  |
| 11 |   | this is a pretty typical finishing point for him.                    |
| 12 | Q | Okay.  And then if we kind of scroll back to the                     |
| 13 |   | first page of this Exhibit 2, the 2018 review, it                    |
| 14 |   | looks like John received an overall rating of                        |
| 15 |   | valuable contribution; is that right?                                |
| 16 | A | Yep.                                                                 |
| 17 | Q | And is that, you know, the best rating that you can                  |
| 18 |   | get, or is there one above that?                                     |
| 19 | A | There's one above that.  The category names have                     |
| 20 |   | changed year to year, but this would be the middle                   |
| 21 |   | category where most people are.                                      |
| 22 | Q | Okay.  And then how many categories are there below                  |
| 23 |   | valuable contribution?                                               |
| 24 | A | There's one category below.                                          |
| 25 | Q | Okay.  So are there only three categories total?                     |

```
 1   A   Yes, it would have been.  Same thing, submit the
 2       numbers for the first half and then separate for
 3       the second half.
 4   Q   Gotcha.  And then so, this indicates that, you
 5       know, at the point of the end of half 1 of 2019,
 6       each of these four employees are doing what they're
 7       supposed to be doing?
 8   A   Yeah.
 9   Q   Okay.  And then if we flip to the bottom "H2 KSO
10       Scores," we've got some different scores for each
11       of the employees.
12           Do you have any specific memory of where each
13       of these scores came from?
14   A   The one I remember most is John's performance,
15       which he had -- like I mentioned previously, he had
16       three missteps -- significant missteps that year
17       that really hurt him.  And we talked about them and
18       worked through them that year.  And they were
19       subject of quite a bit of discussion.
20           So John had a review of his EAP, which is the
21       Enterprise Account Plan, so basically his Strategic
22       Plan for his accounts and also review of revenue
23       and things like that where he reviewed with the
24       head of Corporate Accounts that did not go well.
25       And then he had an approval process internally for
```

61

1     a changed to a Vizient agreement that also went
2     very, very poorly and kind of blew up into a much,
3     much bigger issue than it should have been.
4         And then, I believe, also that same year there
5     was a problem with an activity that we had -- John
6     communicated to the customer before it was agreed
7     internally that we could do it; and it turned out
8     that we could not.  And there was quite a bit of
9     work to figure out an alternative solution that
10     would keep them happy and honor our commitment that
11     John had made.
12 Q  And so, did you give a specific explanation to John
13     about why he was scored at 81 percent for his H2
14     KSO score in 2019?
15 A  No, I would have -- that would have been part of
16     the performance review process.  So all of those
17     issues were discussed at the time that they came
18     up, and they were -- John and I discussed them at
19     length.  But, like I said for prior years, KSOs
20     specifically would not have been -- and the
21     calculation would not have been a conversation that
22     he and I had.  It would have been part and
23     integrated into that performance review process.
24     And we did discuss it at length in the performance
25     review.

69

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | "Payout by Person FY," it looks to me -- and                    |
| 2  |   | correct me if you have a different understanding --             |
| 3  |   | it looks to me like she received the $30,000                    |
| 4  |   | Balanced Plan Accelerator.                                      |
| 5  |   | Is that consistent with your understanding?                     |
| 6  | A | Yes.                                                            |
| 7  | Q | I'm sorry, I missed your answer there.                          |
| 8  | A | Sorry, yes.  There was some background noise here,              |
| 9  |   | but it does look like she received it.                          |
| 10 | Q | Okay.  And flipping back to the KSO tab here, do                |
| 11 |   | you remember anything specifically about why the                |
| 12 |   | rest of the employees were rated at 100 percent for             |
| 13 |   | both halves?                                                    |
| 14 | A | Yeah, this is 2020, I'm just looking up at the                  |
| 15 |   | title.  So this is first year of pandemic.  And,                |
| 16 |   | for the most part, the GPO space went not quiet,                |
| 17 |   | but went into emergency mode with their members.                |
| 18 |   | And almost all agreements were just automatically               |
| 19 |   | extended.  They didn't, for the most part, do any               |
| 20 |   | GPO agreements that year.  And the team's focus                 |
| 21 |   | shifted to handling the COVID questions, the                    |
| 22 |   | demands and the emergencies within their GPO                    |
| 23 |   | memberships.                                                    |
| 24 |   | So generally there were no GPO contracts or                     |
| 25 |   | extensions signed that year or not many or not any              |

|   |   |   |
|---|---|---|
| 1 |   | that were hugely significant.  And that would be |
| 2 |   | consistent with Catherine that year, I believe, was |
| 3 |   | more active than the rest in activity within her |
| 4 |   | actual IHN members to get deals done there. |
| 5 |   | So it was a very quiet year for GPO.  And so, |
| 6 |   | we adjusted everybody almost to 100 percent, since |
| 7 |   | they did what they needed to do, but it was -- that |
| 8 |   | had changed dramatically in April-May time frame |
| 9 |   | from what we thought we would be working on for the |
| 10 |   | year in Q1. |
| 11 | Q | Okay.  I will show you quickly what I'll mark as |
| 12 |   | Exhibit 13.  And my question is whether you |
| 13 |   | recognize this as John Thomson's performance review |
| 14 |   | for 2020? |
| 15 | A | Yeah, it looks like a printout from the system. |
| 16 | Q | Okay.  And then it looks like, if we scroll to the |
| 17 |   | top of page 2, this year you rated John as valuable |
| 18 |   | contribution overall? |
| 19 | A | Uh-huh. |
| 20 | Q | Okay.  And there's not a lot of details submitted |
| 21 |   | here. |
| 22 |   | Is there anything -- any detail you can |
| 23 |   | remember to add to what we see here? |
| 24 | A | Is there any content from either of us this year |
| 25 |   | for John or is this the only document? |

| | | |
|---|---|---|
| 1 | Q | There's nothing listed under supporting documents, |
| 2 | | and this is what we have. |
| 3 | A | Okay. |
| 4 | Q | So I'm not sure if there's anything additional or |
| 5 | | not. |
| 6 | A | Yeah, this is consistent with my recollection of |
| 7 | | that year, is that the -- because of the strain on |
| 8 | | the organization, and that people ended up doing |
| 9 | | dramatically different things that year than they |
| 10 | | anticipated doing through the year, that there was |
| 11 | | a company-wide decision not to require or even |
| 12 | | encourage self-assessments or employee assessments |
| 13 | | that year, because it was such an outlier and |
| 14 | | turned out so differently than expected. |
| 15 | Q | Okay.  And I'll show you what I'll mark as Exhibit |
| 16 | | 14.  And my question is going to be whether you |
| 17 | | recognize this as the ICP policy that would have |
| 18 | | applied in 2020? |
| 19 | A | It looks like the policy, or at least it looks like |
| 20 | | the format that we use. |
| 21 | Q | Okay.  But, again, you're not familiar with the |
| 22 | | details of the ins and outs of that policy? |
| 23 | A | Not off the top of my head, no. |
| 24 | Q | Okay.  And do you recall in 2020 whether anyone |
| 25 | | submitted any disputes to you about their KSO |

```
 1         ratings?
 2    A    No, I don't recall any disputes that were submitted
 3         that year.  I think generally everyone was pretty
 4         happy, because even outside of Catherine's
 5         performance, there was a one-time payment based on
 6         COVID performance that year that the entire team
 7         got that was pretty significant that was not part
 8         of their normal ICP plan.
 9              So everyone was pretty happy at the time, and
10         I don't remember any complaints or any protests.
11    Q    Okay.  And do you remember specifically John being
12         pretty happy with his 100 percent KSO rating?
13    A    I don't remember him specifically being happy or
14         dissatisfied with it, but I don't recall -- no, I
15         don't recall either way.
16    Q    Okay.  And moving along to 2021.  I'm showing you
17         what I'll mark as Exhibit 15.  And do you recognize
18         this as the 2021 ICP that would have applied to
19         John?
20    A    Looks like it, yes.
21    Q    Okay.  And, again, if we scroll down to page 5, we
22         see the key sales objectives with an annual
23         component target of $30,000; is that right?
24    A    Looks like it, yeah.
25    Q    Okay.  And then it looks like this year the KSO
```

| | | |
|---|---|---|
| 1 | Q | Okay.  So do you remember anything specifically |
| 2 | | about these high-rated outliers in each one of |
| 3 | | 2021? |
| 4 | A | Yes, these are pretty memorable.  So Rick that |
| 5 | | year, for part of the year, covered the open |
| 6 | | position.  So you see Whitney Johnson up above left |
| 7 | | her position as GPO CAD covering Vizient.  And so, |
| 8 | | for part of the year Rick covered her territory in |
| 9 | | addition to his own.  He had covered that customer |
| 10 | | in the past, so he was familiar with them. |
| 11 | | And then in another part of the year, he |
| 12 | | covered a different CAD position, an IHN CAD for |
| 13 | | Ascension who left the Corporate Accounts team. |
| 14 | | And they happened to be an account that had what we |
| 15 | | call a regional GPO that was covered by -- that was |
| 16 | | Rick's responsibility for the regional GPO. |
| 17 | | So Rick covered the regional GPO and the |
| 18 | | associated IHN.  So he covered two open positions |
| 19 | | that year, that's why he got the higher rating. |
| 20 | | And then that year for Catherine was the year |
| 21 | | that she won and got signature on HealthTrust Core |
| 22 | | Lab, which was a -- she had been working on for |
| 23 | | about five years and was one of the top three |
| 24 | | priorities for the company as a whole that year and |
| 25 | | was a huge competitive win. |

John Thomson <john.thomson@roche.com>

## Re: Annual Payout
1 message

**Fowler, Jason** <jason.fowler@roche.com>   Wed, Apr 17, 2019 at 1:33 PM
To: "Thomson, John" <john.thomson@roche.com>

John - I met with comp team today and reviewed the details of your H2 payout. I confirmed that the profit payout was 100% and that they underpaid you for KSOs. The correction has been requested and you should see it after all process approvals are complete, but don't hold your breath for the next pay period. Keep in mind that ICP and our KSOs are split into 2 halves, so the 100.8% applies to second half only and not the full year (H1 was paid at 100%). I expect the overall adjustment to be just over $1k before taxes. Thanks for being vigilant - your question helped identify another payout error as well.

Regards,
Jason

> On Thu, Apr 11, 2019 at 12:08 PM Jason Fowler <jason.fowler@roche.com> wrote:
> John - I have made some progress on this, but I will not have an answer for you today. I have identified what I think is the problem, and I am waiting to hear back from the comp team. Jason
>
>> On Wed, Apr 10, 2019 at 11:03 AM Thomson, John <john.thomson@roche.com> wrote:
>> Jason, please provide an update on where you are with resolving my incorrect annual ICP payout for 2018. As we discussed on February 14, the total payout for achieving plan is $52,000; KSOs account for 80% and profit for 20%. I was paid a total of $51,126 for year 2018. You told me that I was paid at 100.8% for KSOs, which equals $41,932.80. Subtracting that from the $52,000 equals a payout of $9,193.20 for profitability, which is approximately 98% of profit plan. Based on the payout of others in Corporate Accounts, I know this is not correct.
>>
>> If it is easier for you, please let me know who to contact and I will reach out to them to resolve the error.
>> Thanks,
>>
>> **John Thomson**
>> National Director, Corporate Accounts
>> Roche Diagnostics Corporation
>> 9115 Hague Rd
>> Indianapolis, IN 46250
>> Cell: 770.490.9020
>>
>> *This message is intended only for the use of the named recipient(s) and may contain confidential and/or proprietary information. If you are not the intended recipient, please contact the sender and delete this message. Any unauthorized use of the information contained in this message is prohibited.*

--

**Jason Fowler**

Director, GPO & Business Operations

Corporate Accounts

Roche Diagnostics

**EXHIBIT 4**
Witness: Jason Fowler
Date: 8/28/23
Dana Miller, RPR, CRR