# EXHIBIT C

```
             IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION
                 CAUSE NO. 1:23-CV-00099-SEB-MG
```

```
JOHN THOMSON,                      )
                                   )
                Plaintiff,         )
                                   )
        -vs-                       )
                                   )
ROCHE DIAGNOSTICS CORPORATION,     )
                                   )
                Defendant.         )
```

        The videoconference deposition upon oral examination of RON DINIZO, a witness produced and sworn before me, Dana S. Miller, RPR, CRR, a Notary Public in and for the County of Boone, State of Indiana, taken on behalf of the Plaintiff, appearing remotely from Indianapolis, Marion County, Indiana, on the 29th day of August, 2023, at 9:31 a.m., pursuant to the Federal Rules of Civil Procedure.

```
                    CIRCLE CITY REPORTING
                    135 North Pennsylvania
                         Suite 1720
                    Indianapolis, IN  46204
                        (317) 635-7857
```

1   A   Yeah, we had restructured at the time.  And we

2       formed an operating model that was referred to as

3       One Roche.  And so, I became the area leader for

4       the Midwest, which encompassed our entire

5       portfolio, our book of business, which was

6       essentially the four main franchises that I had

7       responsibilities for from 2017 until 2019, late

8       2018 or -- yeah, 2016 -- it was two years,

9       essentially, I was in that role.

10  Q   Okay.  And then how did your role change in late

11      2018 or 2019?

12  A   Yeah, I was offered the position that I'm in today,

13      which is Vice President of Corporate Accounts, in

14      mid- to late 2018.  And I accepted that role, and

15      that's the role I'm in right now.  It's my current

16      role.

17  Q   Okay.  And then could you, again, just give us a

18      brief overview of what you do in the VP of

19      Corporate Accounts position.

20  A   Sure.  I have overall responsibility for our top

21      key accounts across the country.  We have a team of

22      approximately 55 individuals right now.  I've got

23      eight leaders and administrator that are on my

24      leadership team.

25          We have overall responsibility for the

```
 1        government segment and a national director that has
 2        responsibilities over the group purchasing
 3        organization segment and the CRO segment, the
 4        clinical research organization segment, as well as
 5        two operations individuals that report in to that
 6        particular leader.
 7   Q    Okay.  And then are you familiar with John Thomson?
 8   A    Yes.
 9   Q    And you formerly worked with John when he was a
10        Corporate Accounts Director; right?
11   A    Yes.
12   Q    And you were not his direct supervisor, but one
13        level above his direct supervisor; is that right?
14   A    That's correct.
15   Q    And so, did you work with John the whole -- until
16        his retirement, the whole time that you're in your
17        current position?
18   A    Yes.
19   Q    And, now, did John's direct supervisor change
20        throughout that time?
21   A    No.
22   Q    And who was his direct supervisor throughout that
23        time?
24   A    Jason Fowler.  Jason was promoted into a new role
25        right around the time that John was retiring.  I'm
```

1    not sure exactly what that timing was.  I don't

2    recall if it was right before he retired or right

3    after, but somewhere around this same time.

4  Q  And how would you describe your professional

5    relationship with John?

6  A  Can you clarify the question or what you're --

7  Q  Sure, yeah.  Would you say you had a good working

8    relationship with John Thomson?

9  A  Yes.

10 Q  About how often did you interact or meet with John?

11 A  In person or virtually or just in general?

12 Q  Both.

13 A  In general, I would say quarterly I would have some

14   type of interaction.  I mean, John was -- would

15   join our -- we have monthly calls with the entire

16   team that he would join.

17        So, I mean, I would see him on those calls and

18   engage there.  Would certainly interact with John

19   when he was in the office.  And then would interact

20   on a situation-by-situation basis depending upon

21   what John may have been working on with his

22   particular account.  But I would say on average

23   that would -- you know, aside from those monthly

24   meetings where I had my entire team part of, I

25   would on average probably say it was probably on a

1     quarterly basis.

2  Q  And were you ever involved in reviewing John

3     Thomson's performance?

4  A  Yes.

5  Q  How were you involved in that?

6  A  Annually we -- my leaders go through a rating of

7     their individual teams, and we -- those ratings get

8     rolled up to myself and reviewed with myself before

9     we lock them into our HR system.  So those would be

10    the general touch points.

11        Also, on an annual basis we have a succession

12    planning process that we go through where we, you

13    know, look for individuals that are -- you know,

14    that are interested in moving into new roles that

15    have potential additional growth and development in

16    the organization, have the will, the skill and the

17    mind-set that want to do more within our -- within

18    the Roche organization.

19        So there's also a succession planning process

20    that my leadership team and I go through that's

21    usually on an annual basis as well.

22  Q  And so, did you go through that succession planning

23    process for John Thomson specifically?

24  A  I don't recall.  Those -- I don't believe John was

25    an individual that was interested in moving into

1       the GenMark part of our business.

2            We have another KSO around LIAT, which is a

3       point-of-care device that we sell.  And we want to

4       expand the presence and the footprint of that

5       solution out into the marketplace with our

6       customers who we have a key selling objective

7       specific to LIAT.  So those are what we refer to as

8       key selling objectives.

9    Q  And are the KSOs all the same?  For example, would

10      John Thomson and all of his peers on the GPO team

11      have the same KSOs?

12   A  They should be very, very similar, yes.

13   Q  And so, are the KSOs completely unrelated to sales

14      numbers?

15   A  No, I would not say that, in the sense that the

16      KSOs are designed to drive our sales numbers and to

17      drive sales.  So in that sense, they're related.

18           There's not an actual -- yeah, no, that's how

19      I would probably describe it.  They are -- they're

20      related.

21   Q  Okay.  And so, if somebody had lower revenue

22      numbers, would that affect their KSOs?

23   A  Lower revenue numbers?  It could, but it would

24      depend upon the situation.

25   Q  So can you give me an example of a situation where

```
 1        for the year.  And then since we cover the entire
 2        enterprise, what we will look at then at a
 3        Corporate Counsel Leadership team, we'll look at
 4        each of the individual franchises to determine what
 5        one or two areas might we focus on for each of the
 6        franchises.  And from that we try to come up with
 7        three or four, no more than five KSOs for our
 8        teams.
 9   Q    So during the year, when does this process of
10        coming up with the three to five KSOs for each team
11        happen?
12   A    It happens at the beginning of the year.  And,
13        actually, we start working on them in the fourth
14        quarter of the prior year.  Once the business plans
15        are finalized and the priorities are set by the
16        franchises, we'll then finalize the key selling
17        objectives usually early in the year, so somewhere
18        in that.
19            If they're not finalized before the year
20        starts, shortly after the franchise teams align on
21        their priorities, we'll try to have all that
22        finalized within the first quarter of the year, and
23        the earlier the better.  So we try to get them out
24        by January or February.
25   Q    And so, when you say you try to get them out, are
```

1   you trying to get them communicated to the

2   employees who they apply to?

3  A  Yeah, it's part of the incentive comp plan.  So

4   there's certain state regulations that we have to

5   have them rolled out to, and I believe California

6   is the main one, that by the end of January we have

7   to have the individuals that work in California or

8   that cover California accounts, the incentive comp

9   plans rolled out.

10      So as part of rolling out those incentive comp

11   plans, the -- you know, the KSO is a component of

12   that.  So we try to have all that wrapped up by

13   then or at least in place.  There might be, you

14   know, a KSO here or there that -- you know, that's

15   not fully defined, but that's usually done

16   within -- it should be done by the time we roll out

17   the incentive comp plan.

18  Q  And so, the KS -- the specific KSOs are not

19   actually defined in the incentive comp plan; right?

20  A  That is correct.

21  Q  And so, is there a different document where these

22   specific KSOs are actually defined?

23  A  Yeah, those -- yes.  So we have a KSO -- I don't

24   know if I'd call it a document, but, you know, we

25   have our -- yeah, we have a KSO template, if you

1    will, that we'll roll out separately from the

2    incentive comp plan that have the details.  And

3    each of the teams will roll those out to their

4    individual teams.

5         I think I mentioned this, but the KSOs can be,

6    and usually are, slightly different between the

7    individual teams.

8  Q  Okay.  So the managers of each of the individual

9    teams would have some input into what the KSOs are

10   for their team?

11 A  Yes, yeah, along with input from the franchise

12   priorities as well.

13 Q  Okay.  But they all generally follow this template

14   that you mentioned?

15 A  Yes, yes.

16 Q  And so, is it the case, then, that, you know, the

17   template goes to the manager of the individual

18   teams who kind of finalized the specifics for their

19   team, and then that goes back up to your level for

20   approval?

21 A  Can you repeat that?

22 Q  Sure.  So you mentioned that the individual

23   managers of the teams would have some input into

24   the KSOs.

25       Once the managers of the individual teams

1   A   Uh-huh.

2   Q   And so, how were those percentages assigned to each

3       individual team member?

4   A   Yeah, we pay out KSOs twice a year, midyear and at

5       end of year.  Each of the managers go through a

6       rating of assigning the percentages to their

7       individuals on their teams.

8           They roll that up to myself.  I review that

9       before submitting it to our Compensation team for

10      processing and payout.  And then prior to us --

11      once the Compensation team has processed all of the

12      individuals on the Corporate Accounts team and all

13      my leaders' teams, we take a -- we use an average

14      of their team scores for the leaders, actual

15      scores, and then we also have a sign-off process.

16          So I have a meeting with my finance partner

17      and my HR partner, and we review the KSO ratings

18      and scores of the entire Corporate Accounts team

19      before the three of us actually sign off on them.

20  Q   And what are the names of those two individuals

21      that you said you review those with?

22  A   Nicole Shaw is my finance partner, and I'm having a

23      blank right now on my HR partner.  She's not going

24      to like that.  Stacey Fout, there.  Stacey Fout is

25      my HR partner.  Oh, my gosh, I just had a quick

1     conversation with the manager about any particular

2     individual unless there's some sort of question

3     about an outlier or something like that?

4   A  No, I will have a conversation or two with my

5     leaders as they roll theirs up.  Generally they

6     like to at least socialize their ratings with me

7     before we get to that sign-off meeting.

8          So, yeah, there's generally a conversation

9     that has occurred with each of my leaders.

10  Q  So is it pretty common for employees to be rated at

11     exactly 100.0 percent?

12  A  It is common that from a KSO perspective we try

13     to -- we generally have members that are at --

14     usually right at plan or slightly above plan or in

15     some cases slightly below the plan.  But, in

16     general, we try to -- because our positions are

17     more long-term and they're more strategic in

18     nature, and they're not like our franchise -- other

19     franchise sales positions that get immediate

20     payouts from signing contracts and signing deals,

21     our positions are more longer term that we take

22     with our accounts and more strategic in nature.

23          And so, the KSO is one where we -- you know,

24     we tend to try to compensate people as much as

25     possible and try to get them at their target payout

| | | |
|---|---|---|
| 1 | | for the KSO payout component.  And then -- |
| 2 | Q | Was there ever -- |
| 3 | A | And then our top performers, the performers that |
| 4 | | have done really exceptional or have accomplished |
| 5 | | some really significant objectives, then we will |
| 6 | | reward them as such as well. |
| 7 | Q | And how are they rewarded? |
| 8 | A | Through a higher KSO score. |
| 9 | Q | Was there ever a time you reviewed the KSO |
| 10 | | percentages that Jason Fowler assigned and you |
| 11 | | ended up making changes to those percentages? |
| 12 | A | There were times where I have questioned his rating |
| 13 | | in his score, yes -- or his roll-up of his team |
| 14 | | scores where I felt a couple of individuals on the |
| 15 | | team were -- I know specifically we had |
| 16 | | conversations around two individuals on his team. |
| 17 | Q | Who were those individuals? |
| 18 | A | Catherine Boik and Rick Feid. |
| 19 | Q | And what were those conversations about? |
| 20 | A | Catherine's was around a significant achievement |
| 21 | | around securing a contract position for Roche for |
| 22 | | the first time ever in our Core Lab franchise, |
| 23 | | which opened up access for us to go into over 1,200 |
| 24 | | hospitals across the country, which we had never |
| 25 | | had access to. |

1          So it opened up 20 percent of the market for

2     us, which were a direct contribution -- you know, a

3     direct result of her efforts over several years to

4     get us to that point.  And I felt like, and as did

5     Jason, that she needed to be recognized as such for

6     a much, much higher KSO score for that particular

7     year.

8          For Rick Feid, we had -- Rick was covering

9     multiple accounts at the time.  So we had a

10     promotion of an individual who was on our Premier

11     team moved into a different role in the

12     organization.  So we asked Rick to step in to not

13     only cover his accounts and his responsibility, but

14     also to pick up another individual's workload.  And

15     felt like his -- you know, his effort there should

16     also be recognized.

17  Q  And so, how were the actual percentages determined?

18     I mean, is it kind of an arbitrary assignment, or

19     is there anything measurable that you can add up

20     and get to the percentage numbers?

21  A  In general, the KSO scores are subjective in

22     nature.  So it depends -- again, depending upon --

23     there are a couple that are more quantifiable in

24     nature, but in general they are subjective.

25          So when they -- when we do roll them up, it's

```
 1        other means in the organization for other, you

 2        know, policy questions and concerns.

 3             There's our HR which is now called Our People

 4        In Culture, but HR is certainly a route to the

 5        voice -- you know, voice any concerns.  But

 6        generally I would expect the team would -- or an

 7        individual would at least have a conversation with

 8        their direct manager.  Their manager would come to

 9        me or within Corporate Accounts.

10             It's not out of the question for individuals

11        to come directly to myself to, you know, have

12        conversations or to voice a concern.

13   Q    And so, that has happened before where an

14        individual has come to you to voice a concern about

15        their KSO numbers?

16   A    It may have.  I don't recall right off the top of

17        my head.  It's not a -- they're not -- it's not

18        like I have people coming to me every day or

19        multiple times a year.

20             But over the last five years if somebody's --

21        you know, may have approached me across our team

22        with a question or two relative to our compensation

23        plan, then a question could have been specific to

24        the KSO component.

25   Q    And do you remember any instances where a manager
```

```
 1       talking to Jason around, you know, why John was
 2       scored where he was.  And from what I recall, I was
 3       completely aligned with John's scoring of his KSOs
 4       at the time we signed off on them and even during
 5       this follow-up conversation that occurred at a
 6       later time with Jason.
 7    Q  Did you review John's KSOs from that year or
 8       previous years?
 9    A  I believe I had seen a summary, a roll-up of his
10       KSO scores over time, yes.  Looking at them over
11       time, yes, I did.
12    Q  And did you do anything to look back at whether
13       those scores were appropriate?
14    A  Yeah, we looked back at his performance during that
15       time.  And I had concluded at the time that the
16       ratings and the scoring was more than adequate for
17       John's performance.  If anything, I felt like it
18       was probably higher than what maybe he probably
19       should have been rated.
20    Q  Why did you feel it was higher than what he should
21       have been rated?
22    A  Based upon feedback that I'd received throughout
23       the time in my role, around feedback specifically
24       from the Franchise teams, around -- there's
25       individuals who didn't even know who was actually
```

1    covering the Vizient account for us, leaders, peers

2    of John's, as well as some of the senior-level

3    franchise sales leaders.  As well with the

4    directors and VPs providing feedback around John's

5    lack of engagement and his collaborating and how

6    he -- you know, how he worked or, you know, wasn't

7    collaborating and aligning as well as maybe others

8    on our team were doing at the time.

9  Q  So why did you approve a KSO score or scores for

10    John Thomson that you felt might have been too

11    high?

12  A  It's a good question.  I think, you know, in the

13    sense of, you know, it's a decent part of

14    compensation.  And, you know, I know that -- you

15    know, I was looking at John's total body of work

16    and his total value to the organization and, you

17    know, his -- you know, he's had some -- he had some

18    very decent years for us in his tenure.

19       And not wanting to demotivate him and wanting

20    to, you know, compensate him for some of those

21    long-standing relationships that he had maintained

22    for us within the Vizient organization.

23  Q  So then weren't you essentially compensating him

24    based on something that wasn't an annual KSO?

25  A  No, not necessarily.  I mean, I think we rated him

1   A   I've been involved with -- we have exceptions for

2       our incentive comp, yes.  And I have been involved

3       in discussions relative to exceptions, many -- not

4       many exceptions, but exceptions over my tenure and

5       my roles within Roche.

6   Q   Okay.  And about how many do you think you've been

7       involved in?

8   A   Two or -- maybe two or three a year.

9   Q   Okay.  And so can -- are you able to recall, you

10      know, just in general what type of exceptions those

11      were?

12  A   Sure, sure.  And there's a process here by which,

13      again, HR, the Compensation Team and Legal -- I'm

14      sorry, not Legal, at one point we had -- I think we

15      did have Legal part of that, but I believe it

16      was -- I believe it's Finance, HR, myself and our

17      Compensation team.

18          If there are exceptions that are submitted

19      throughout the year, they occur at the end of each

20      quarter, there's an opportunity for employees to

21      submit an exception.  Those exceptions then get

22      rolled up to my -- to this team, and we have an

23      exception meeting.  And there will be decisions

24      that were made, whether we grant the exception or

25      don't grant the exception, based upon whether or

1    not this is something we've done in the past, and
2    there's already precedent set.
3         We may grant an exception, or if an exception
4    is presented and we have concern about setting
5    precedent, and we don't want to particularly do
6    this because it has broader implications or creates
7    more risk, for whatever reasons, then we -- you
8    know, we would deny an exception.
9         So I would say those are -- the number of
10   exceptions, if you looked over time, I don't have
11   it off the top of my head, but I think we've gotten
12   to fewer and fewer exceptions over the years.
13 Q   Okay.
14 A   And I'm sure our Compensation team can walk you
15   through more details for what those exceptions look
16   like and how many there are, etc., etc.  But I'm --
17   the most recent was midyear this year, and our
18   first quarter I don't believe we had any exceptions
19   even submitted.
20 Q   Okay.  And so, in these exceptions that you've been
21   involved in, are a lot of those, would you say,
22   calculation errors, or is it something else?
23 A   No, they're usually something else.  They're
24   usually related to we want to give somebody -- you
25   know, somebody's asking for goal relief, or

```
 1        somebody had a situation occur in their territory
 2        where their -- they were not getting the full
 3        revenue for a particular -- you know, that should
 4        have been included into their -- you know, into
 5        their calculations.  We -- yeah, those are more the
 6        type that we typically would see.
 7    Q   Okay.  And then so, are they generally calculation
 8        questions, or do you ever get payout exceptions for
 9        something, you know, rather than being calculation
10        related, it's more like I think my manager is
11        rating me too low?  No?
12    A   No, they're not related to I think my manager is
13        rating me too low.  They're related to this
14        particular account was not factored in.  It was not
15        part of my territory, but it really is, that sort
16        of thing.  We -- yeah, yeah.
17    Q   Okay.  So it's more of addressing questions about
18        what goes into the calculation?
19    A   Or what goes out.
20    Q   Got it.  Okay.  And so, I do want to look quickly
21        at what's been previously marked Exhibit 16.  This
22        is an Excel document.
23            And is this something that you've seen before?
24    A   Yes.
25    Q   Okay.  And so, is this a summary of what was paid
```

1    exception process to pay Catherine what she was

2    paid in 2021?

3 A  I believe I shared that the cap was 125 percent,

4    but that cap was increased to 150 percent.  And so,

5    during the review and sign-off of that year's KSO

6    scores, yes, I had a conversation with our HR team.

7    I had a conversation with the Incentive Comp team.

8    And I had a conversation with our finance partner

9    around her score and why it was justified.

10 Q  Okay.  And then she was paid out at the 150 percent

11    that year; right?

12 A  She was paid out -- I believe if you go back to the

13    numbers, she was paid out the first half of that

14    year at 150 percent.  The second half of the year,

15    I believe it was a lower payout, if I'm not

16    mistaken.

17 Q  So for the first half she was paid out the

18    150 percent?

19 A  Yes, that's what you just reviewed in that Excel

20    spreadsheet.

21 Q  So going back to John Thomson's specific

22    contributions and re-signing the contracts over his

23    last few years before his retirement, so if a

24    person already has all the businesses that Roche

25    wants under contract for a certain year, then is it

1     years where his KSO rating would warrant a rating

2     above 100 percent?

3  A  No.

4  Q  From 2018 to 2022, was Mr. John Thomson performing

5     in any of those years to warrant an accelerator in

6     any of those years?

7  A  No.

8  Q  How would you describe Mr. John Thomson's work

9     performance from 2018 to 2022, once you came into

10    your position, I think, around the middle of 2018?

11 A  John's performance, I think, was average, in my

12    opinion, I think at best.  There are many other

13    individuals on our Corporate Accounts team that

14    were performing and continuing to perform at a

15    higher level than John.  I think John's

16    compensation was more than adequate for his results

17    and for his body of work.

18 Q  Due to his tenure and knowledge of the department,

19    was there any doubt that he understood the

20    accelerator and KSO programs from 2018 to 2022, in

21    your mind?

22 A  Not in my mind.  He had been an employee for many,

23    many years in our organization under the incentive

24    comp plans year over year.

25        So, in my opinion, John was -- very well

John Thomson <john.thomson@roche.com>

---

## Re: KSOs

1 message

**John Thomson** <john.thomson@roche.com>                    Tue, Mar 8, 2022 at 3:15 PM
To: "Fowler, Jason" <jason.fowler@roche.com>

Thanks Jason. What I am looking for is how you determine what the payout will be for KSOs since I/we have not had KSOs for the last 4 years. Do you just give Ron the percentage payout without any KSO documentation?

**John Thomson**
National Director, Corporate Accounts

Roche Diagnostics
9115 Hague Rd
Indianapolis, IN 46250

Phone: 770.490.9020

> **EXHIBIT   20**
> Witness: Jason Fowler
> Date: 8/28/23
> Dana Miller, RPR, CRR

Mail: **John.Thomson@Roche.com**

www.roche.com

**Confidentiality Note:** This message is intended only for the use of the named recipient(s) and may contain confidential and/or proprietary information. If you are not the intended recipient, please contact the sender and delete this message. Any unauthorized use of the information contained in this message is prohibited.

On Tue, Mar 8, 2022 at 2:45 PM Fowler, Jason <jason.fowler@roche.com> wrote:
  Hi John,

  Working to track down prior years, but here are the details of your KSO components for 2021, and I am working to track down prior years:

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

3/9/22, 12:50 PM                                        Roche Mail - Re: KSOs

| KSO | | KSO Weight | Thomson |
|-----|-----|-----|-----|
| 1) | COVID Portfolio support & execution | 20.0% | 100.0% |
| 2) | Strategic engagement with GPO & Key Members | 40.0% | 100.0% |
| 3) | Engagement with local sales teams, utlization of Roche resources | 40.0% | 100.0% |
| | **Total H1:21 (Paid in Q3 2021)** | **100.0%** | **100.0%** |

| KSO | | KSO Weight | Thomson |
|-----|-----|-----|-----|
| 1) | COVID Portfolio support & execution | 20.0% | 100.0% |
| 2) | Strategic engagement with GPO & Key Members | 40.0% | 100.0% |
| 3) | Engagement with local sales teams, utilization of Roche resources | 40.0% | 100.0% |
| | **Total H2:21 (Paid in Q1 2022)** | **100.0%** | **100.0%** |

Jason

On Fri, Mar 4, 2022 at 11:47 AM Thomson, John <john.thomson@roche.com> wrote:
Hi Jason, For the last 4 years, how was my payout for KSOs determined? You have never shared with me how you
calculated the payout. Do you have any documentation that you can share with me?
Thanks,

**John Thomson**
National Director, Corporate Accounts

Roche Diagnostics
9115 Hague Rd
Indianapolis, IN 46250

Phone: 770.490.9020

Mail: **John.Thomson@Roche.com**

www.roche.com

**Confidentiality Note:** This message is intended only for the use of the named recipient(s) and may contain
confidential and/or proprietary information. If you are not the intended recipient, please contact the sender and
delete this message. Any unauthorized use of the information contained in this message is prohibited.

--
**Jason Fowler**
National Sales Director, Corporate Accounts

Roche Diagnostics
Indianapolis, IN 46256

DD-THOMSON-000064