> Acknowledged.
> This action is hereby dismissed with prejudice.
> Date: 8/5/2024
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN THOMSON, | : |
| Plaintiff | : CASE No. 1:23-cv-00099-SEB-MG |
| v. | : Judge Sarah Evans Barker |
| ROCHE DIAGNOSTICS CORPORATION, | : Magistrate Judge Mario Garcia |
| Defendant. | : |

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Thomson ("Plaintiff") and Defendant Roche Diagnostics Corporation ("Defendant" or "Roche") stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice. This matter shall be terminated upon the Court's acceptance of this Stipulated Dismissal.

Respectfully submitted,

/s/ Annavieve C. Conklin
Matthew Gutwein (#16414-49)
Kathleen A. DeLaney (#18604-49)
Annavieve C. Conklin (#33875-32)
DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
(317) 920-0400
mgutwein@delaneylaw.com
kathleen@delaneylaw.com
aconklin@delaneylaw.com

Counsel for Plaintiff

/s/ David A. Campbell
David A. Campbell (0066494)
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP
600 Superior Avenue
Suite 1300
Cleveland, Ohio 44114
(216) 302-2531
dcampbell@grsm.com
dslezak@grsm.com

Hunter T. Edmonds (#37701-29)
Gordon Rees Scully Mansukhani, LLP
600 E. 96th Street, Suite 501
Inidianapolis, IN 46240
(317) 713-0905
hedmonds@grsm.com

Counsel for Defendant

1